## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GREG GAMACHE, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>VARIOUS UNKNOWN INDIVIDUALS )<br>EMPLOYING MIND ALTERING )<br>DEVICES, )<br>)<br>**Defendants** ) | Civil No. 10-529-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed December 29, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (Docket No. 1) is summarily **DISMISSED** for failure to state a claim.

　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal　　　　
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 24th day of January, 2011.